United States District Court
Southern District of Texas
**ENTERED**
September 26, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AXA ART AMERICAS CORPORATION a/s/o EDWARD J. HUDSON, ROBERT L. HUDSON | § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. H-15-3609 |
| PUBLIC STORAGE | § § § | |
| Defendants. | § § | |

# FINAL JUDGMENT

Public Storage's amended Rule 12(b)(6) motion to dismiss is granted, with prejudice and without leave to amend, because amendment would be futile. Final judgment is entered on AXA Art Americas Corporation's claims against Public Storage. Each party is to bear its own costs. Any remaining motions are denied as moot. This is a final judgment.

SIGNED on September 26, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge